
FILED
Scott L. Poff, Clerk
United States District Court
By Ericka Sharpe at 10:44 am, Jul 09, 2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MARILYN P. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-028 |
| | ) | |
| WAL-MART STORES, INC. and/or | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendants' motion to compel production of plaintiff's initial disclosures and responses to its interrogatories and requests for production of documents (doc. 19), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 (no response means no opposition). Plaintiff shall serve her initial disclosures and discovery responses on defendants within 14 days of service of this Order. If she does not, defendants are **DIRECTED** to so apprise the Court and a recommendation of dismissal will be entered on inactivity and, thus, abandonment grounds. *See* Fed. R. Civ. P. 41(b) (authorizing district courts to dismiss an action for failure to obey a court order); L.R. 41.1(c) (authorizing district court to dismiss for lack of prosecution); *Link v. Wabash R.R. Co.*, 370 U.S. 626,

630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants).

**SO ORDERED,** this __9th__ day of July, 2018.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA