UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By EKerr at 2:51 pm, Jan 29, 2019

| | | |
|---|---|---|
| MARILYN P. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-028 |
| | ) | |
| WAL-MART STORES INC.; | ) | |
| WAL-MART STORES EAST, LP | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Plaintiff was ordered to serve her discovery responses on defendants by January 25, 2019, or face a recommendation of dismissal. Doc. 30. Defendants were advised that, "*if* plaintiff ha[d] failed to comply" with the Court's order by that date, they should "notify the Court." *Id*. at 3 n. 1. They have not done so. The Court thus concludes that plaintiff *has* meaningfully complied, and the Order to Show Cause should be **VACATED**.

**SO ORDERED**, this __29th__ day of January, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA