AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARILYN P. HARRIS,

                              JUDGMENT IN A CIVIL CASE

v.

                              CASE NUMBER: 4:18-cv-28

WALMART STORES, INC.; and
WALMART STORES, LP,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That in accordance with this Court's order dated March 1, 2019 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, the Court DISMISSES this action with prejudice. This case stands closed.

Approved by: _____

March 7, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03